UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE LOCAL 888 UFCW BENEFIT FUNDS,

        Plaintiffs,

-against-

HARVEY ELECTRONICS, INC.,

        Defendant.

---

07 CIV. 8132

Index No.:

RULE 7.1

JUDGE CONNER

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party.

None

Dated: September 11, 2007

Dana L. Henke, Esq. (DLH3025)