## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV8132                 Purchased/Filed: September 17, 2007
STATE OF NEW YORK     UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT

*Trustees of the Local 888 UFCW Benefit Funds*     Plaintiff

against

*Harvey Electronics, Inc.*     Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

Jessica Miller, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on September 27, 2007, at 2:00 pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Rule 7.1 and Complaint

on Harvey Electronics, Inc., the Defendant in this action, by delivering to and leaving with Carol Vogt, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 43    Approx. Wt: 118    Approx. Ht: 5'
Color of skin: White    Hair color: Brown    Sex: F    Other:

Sworn to before me on this
29th day of September, 2007

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 18, 2011

Jessica Miller

Invoice-Work Order # SP0708106

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179