UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| TRUSTEES OF THE LOCAL 888 UFCW BENEFIT FUNDS, | : | 07 Civ. 8132 (WCC) |
| Plaintiff, | : | |
| - against - | : | **SUSPENSE** |
| HARVEY ELECTRONICS, INC., | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - X

**CONNER, Senior D.J.**:

Pending notification from defendant of the resolution of its bankruptcy proceeding, it is hereby

ORDERED, that this action is transferred to the Suspense Docket of the Court.

SO ORDERED.

Dated:    White Plains, New York
         April 4, 2008

                                    _William C. Conner_
                                    WILLIAM C. CONNER, Sr. U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

COPIES MAILED TO COUNSEL OF RECORD